**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **FRANCESCA KOSLOV, et al.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: RWT 12-cv-2547 |
| | * | |
| **THOMAS EDWARD CLINCH, M.D., et al.** | * | |
| | * | |
| Defendant. | * | |
| | * | |

**<u>SETTLEMENT ORDER</u>**
**(LOCAL RULE 111)**

The Court has been advised that the above-action has been settled, including all claims, counter-claims, cross-claims, third-party claims and attorneys' fees, if any. Accordingly, pursuant to Local Rule 111, it is this 30th day of July, 2013, by the United States District Court for the District of Maryland, hereby

**ORDERED** that this action is **DISMISSED** with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is **WITHOUT PREJUDICE** to the right of a party to move for good cause within **thirty (30) days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be **WITH PREJUDICE**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE